**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH BROWN, ) | |
| ) | CASE NO.   4:09-cv-2870 |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE VECCHIARELLI |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | MEMORANDUM OF OPINION |
| Defendant. ) | DOC. NO. 19 |

This case is before the magistrate judge by consent.  Plaintiff, Elizabeth Brown ("Brown"), and the Commissioner of Social Security, Michael J. Astrue ("Commissioner"), by their respective counsel, stipulate to an award of attorney fees in the sum of $1,843.75 in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the instant case. The award of attorney fees will fully satisfy all of Plaintiff's claims for fees, costs, and expenses under EAJA for counsel's work before the Court in this case.  Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Palntiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2524 (2010). Plaintiff and Defendant move that the Court award Plaintiff EAJA fees and expenses in the amount of $1,843.75.  The court finds

the requested fees to be appropriate and reasonable.

After the court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to the United States that are subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

For the reasons given above and upon the terms specified in the stipulation, the court awards $1,843.75 in attorneys fees pursuant to EAJA in this case.

**IT IS SO ORDERED.**


Date:  October 14, 2010　　　　　　　　　　/s/Nancy A. Vecchiarelli  
　　　　　　　　　　　　　　　　　　　　　Nancy A. Vecchiarelli  
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge